THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRITZ KUHN, Appellant.

Submitted May 25, 1942; decided June 11, 1942.

*Frank S. Hogan*, District Attorney (*Stanley H. Fuld* of counsel), for motion.

*Peter L. F. Sabbatino* for appellant.

Motion granted and appeal dismissed.